IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Terra S. Buckner, on behalf of herself and a class, | ) ) ) | |
| | ) | CIVIL NO. 3:16-cv-1288-SMY-DGW |
| Plaintiff, | ) ) | CJRA TRACK: D |
| vs. | ) ) | Judge Staci M. Yandle |
| RGS Financial, Inc., doing business as RGS Collections, Inc. | ) ) ) | Magistrate Judge Donald G. Wilkerson |
| Defendant. | ) ) | |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.1(g) of the United States District Court for Southern District of Illinois, Plaintiff Terra S. Buckner, by her attorneys, respectfully requests that this Court grant Sarah M. Barnes leave to withdraw her appearance as one of the attorneys of record in this matter. In support of this motion, Plaintiff states as follows:

1. Since November 30, 2016, Sarah M. Barnes has been one of the attorneys of record for Plaintiff.

2. Sarah M. Barnes has left the firm Edelman, Combs, Latturner & Goodwin, LLC.

3. Plaintiff will continue to be represented by counsel from Edelman, Combs, Latturner & Goodwin, LLC.

WHEREFORE, Plaintiff respectfully requests that the Court grant Sarah M. Barnes leave to withdraw as one of the attorneys of record in this action.

Respectfully submitted,

/s/Francis R. Greene
Francis R. Greene

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Francis R. Greene
EDELMAN, COMBS, LATTURNER
& GOODWIN, LLC
20 S. Clark St., Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

2

## CERTIFICATE OF SERVICE

     I, Francis R. Greene, hereby certify that on May 10, 2017 service of the foregoing document was effected on all counsel of record when I caused it to be filed with the Court using the CM/ECF system.

                                               /s/ Francis R. Greene
                                               Francis R. Greene